

FILED

JAN 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>     v.<br>BRUCE ALAN KIRSCHMAN,<br>           Defendant. | MAG. NO.  00-0294-GGH<br><br>MOTION TO DISMISS<br>AND (~~Proposed~~) ORDER |

### MOTION

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against BRUCE ALAN KIRSCHMAN.

DATED: January 20, 2010                BENJAMIN B. WAGNER
                                       Acting United States Attorney

                                       /s/ Michelle Rodriguez
                                       BY_____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney

### ORDER

The United States' motion to dismiss without prejudice the Complaint in MAG No. 00-0294-GGH against defendant BRUCE ALAN KIRSCHMAN is GRANTED.

DATED: 1/21/10                         _____
                                       HON. KIMBERLY J. MUELLER
                                       U.S. Magistrate Court Judge